1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROHRER BROTHERS, INC., a                )
     California corporation,                  )        Case No. 2:10-CV-03394-WBS-EFB
12                                            )
                    Plaintiff,                )
13                                            )        **ORDER ON STIPULATION FOR**
     vs.                                      )        **DISMISSAL**
14                                            )
     CALMEX, INC., a California corporation   )
15   doing business as Fuzio, J. ALLEN BEEBE, )
     an individual,                           )
16                                            )
                    Defendants.               )
17   _____ )

18

19        The parties having filed the Stipulation for Dismissal, providing for the dismissal of all

20   defendants in this action, it is hereby ordered:

21        1.    This action is dismissed.

22        2.    The status conference set for May 16, 2011, is taken off calendar.

23        IT IS SO ORDERED.

24   Dated:   May 13, 2011

25   _____
     WILLIAM B. SHUBB
26   UNITED STATES DISTRICT JUDGE

27

28

                                              -1-
     _____
                                    Order